UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CHRISTOPHER RAMSEY,

    Plaintiff,

v.                                     Case No. 2:11-cv-207

SANIBEL & LANCASTER
INSURANCE, LLC, et al.,

    Defendants.

## ORDER

On June 30, 2015 United States District Judge Mark Davis issued a Memorandum Order granting the Plaintiff Christopher Ramsey's motion for execution of sale and ordering the sale of property located at 4301 Newport Ave., a/k/a 600 Maryland Ave., Norfolk, Virginia ("the property"). ECF No. 65. Pursuant to 28 U.S.C. § 636(b)(3) and EDVA Local Rule 72, on August 4, 2015, Judge Davis referred to the undersigned certain issues in order to expedite the sale of property and consequently satisfy the Plaintiff's judgments against certain defendants. ECF No. 69. Specifically, Judge Davis ordered that the undersigned is designated to conduct hearings, including evidentiary hearings, if necessary, and to submit proposed findings of fact that determine:

    (1) The persons who possess an interest in the property and the extent of their respective interests therein;

    (2) The liens on the property, including the holders of such liens and the amount thereof;

    (3) The order of priority of the liens on the property; and

    (4) Whether all interested parties are currently before the court.

*Id.* at 1-2.

For that reason, the Court hereby **ORDERS** the Plaintiff to submit a memorandum and any supporting evidence addressing the above four issues within fourteen calendar days of this Order. The Court further **ORDERS** that the Defendants shall respond not later than fourteen calendar days after the Plaintiff files his submission. Following the parties' submissions, the Court will determine whether a hearing is necessary.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

It is so **ORDERED**.

/s/ Lawrence R. Leonard
Lawrence R. Leonard
United States Magistrate Judge

Norfolk, Virginia
August 25, 2015